475 A.2d 102

**Lillard SHAFFER, Jr., Appellant**

v.

**COMMONWEALTH of Pennsylvania, UNEMPLOYMENT COMPENSATION BOARD OF REVIEW.**

Supreme Court of Pennsylvania.

Argued March 6, 1984.

Decided May 25, 1984.

John Stember, Lorraine M. Bittner, Neighborhood Legal Services Ass'n, Pittsburgh, for appellant.

Richard L. Cole, Jr., Chief Counsel, Charles G. Hasson, Richard F. Faux, Associate Counsel, Dept. of Labor and Indus., Harrisburg, for appellee.

Before ROBERT N.C. NIX, Jr., C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted. 74 Pa.Cmwlth. 380, 459 A.2d 923.